# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA LARGE, | Eastern District of California |
| | Case No. 2:08-CV-2835-MCE-DAD |
| Plaintiff, | |
| | **ORDER TO MODIFY THE PRETRIAL** |
| v. | **SCHEDULING ORDER** |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA and EDUARDO BLUMWALD, | Complaint Filed: October 20, 2008 |
| Defendants. | |

**GOOD CAUSE HAVING BEEN SHOWN**, the Court hereby grants the parties' stipulated request to further modify the Pretrial Scheduling Order. The new dates are as follows:

Last day to complete all discovery, with the exception of expert discovery:  March 4, 2011

Last day to exchange and file expert witness information and reports:  May 6, 2011

Last day to designate supplemental expert witnesses:  May 27, 2011

Last day to hear dispositive motions:  July 8, 2011

**IT IS SO ORDERED.**

Dated: February 9, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE