# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA LARGE, | Eastern District of California |
| | Case No. 2:08-CV-2835-MCE-DAD |
| Plaintiff, | |
| | **ORDER TO MODIFY THE PRETRIAL SCHEDULING ORDER** |
| v. | |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA and EDUARDO BLUMWALD, | Complaint Filed:  October 20, 2008 |
| Defendants. | |

**GOOD CAUSE HAVING BEEN SHOWN**, the Court hereby grants the parties' stipulated request to further modify the Pretrial Scheduling Order.  The new dates are as follows:

| | |
|---|---|
| August 6, 2012: | Trial |
| June 7, 2012: | Final Pretrial Conference |
| April 20, 2012: | Last day to file replies to evidentiary or procedural motions |
| April 13, 2012: | Last day to file oppositions to evidentiary or procedural motions |
| April 6, 2012: | Last day to file evidentiary or procedural motions; Last day to file Joint Final Pretrial Conference Statement; Last day to file trial briefs |
| February 3, 2012: | Last day to hear dispositive motions |

1

[PROPOSED] ORDER TO MODIFY THE PRETRIAL SCHEDULING ORDER

{00867528.DOC}

|   |   |
|---|---|
| November 18, 2011: | Last day to designate supplemental expert witnesses |
| October 28, 2011: | Last day to exchange and file expert witness information and reports |
| August 31, 2011: | Last day to complete all discovery, with the exception of expert discovery |

**IT IS SO ORDERED.**

DATE: February 25, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE