UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA LARGE,<br><br>        Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA and EDUARDO BLUMWALD,<br><br>        Defendants. | Eastern District of California<br>Case No. 2:08-CV-2835-MCE-DAD<br><br>**ORDER TO MODIFY THE PRETRIAL SCHEDULING ORDER**<br><br>Complaint Filed:  October 20, 2008 |

**GOOD CAUSE HAVING BEEN SHOWN**, the Court hereby grants the parties' stipulated request to further modify the Pretrial Scheduling Order.  The parties seek to have regular and expert discovery close on the same date.  Therefore, April 6, 2012 is now both the last day to designate supplemental expert witnesses and the last day to complete all discovery.  All other dates in the scheduling order shall remain the same.

**IT IS SO ORDERED.**

Dated:  January 23, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER TO MODIFY THE PRETRIAL SCHEDULING ORDER

{00973256.DOC}