**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Michael W. Pott, SBN 186156
David P.E. Burkett, SBN 241896
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)
E-mail address: mpott@porterscott.com
dburkett@porterscott.com

**Attorneys for Defendant:** REGENTS OF THE UNIVERSITY OF CALIFORNIA and EDUARDO BLUMWALD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA LARGE,<br><br>            Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA and EDUARDO BLUMWALD,<br><br>            Defendants. | Eastern District of California<br>Case No. 2:08-CV-2835-MCE-DAD<br><br>**ORDER SHORTENING TIME TO HEAR MOTION TO COMPEL MENTAL EXAMINATION OF PLAINTIFF MARINA LARGE**<br><br>**Date: March 30, 2012**<br>**Time: 10:00**<br>**Ctrm: 27**<br>**Magistrate Judge Dale A. Drozd**<br><br>Complaint Filed: October 20, 2008 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Defendants the REGENTS OF THE UNIVERSITY OF CALIFORNIA and EDUARDO BLUMWALD will, and hereby do, apply ex parte to this Court to compel the mental examination of Plaintiff MARINA LARGE currently set for hearing on April 13,

2012. However, the parties have agreed to request that the matter be heard on March 30, 2012 on the court's law and motion calendar with the parties' joint statement to be filed by March 28, 2012.

This motion will be based on this Ex Parte Application, the supporting Memorandum of Points and Authorities, the declaration of David P.E. Burkett required by Local Rule 144(e) and the exhibits attached thereto, the briefing on the motion to compel mental examination and any other evidence or argument that may be presented before or at the hearing.

**IT IS SO ORDERED.**

Dated: March 26, 2012

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.civil
large2835.shortentime.ord

**ORDER TO SHORTEN TIME TO HEAR MOTION TO COMPEL MENTAL EXAMINATION OF PLAINTIFF MARINA LARGE**

{01000501.DOC}