**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Michael W. Pott, SBN 186156
David P.E. Burkett, SBN 241896
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)
E-mail address: mpott@porterscott.com
**Attorneys for Defendants:** REGENTS OF THE UNIVERSITY OF CALIFORNIA and EDUARDO BLUMWALD

Mary-Alice Coleman, SBN 98365
Thomas B. Gill, SBN 146275
**LAW OFFICE OF MARY-ALICE COLEMAN**
1109 Kennedy Place, Suite 2
Davis, CA  95616
(916) 498-9131
(916) 498-9302 (facsimile)
E-mail address:  Lawoffice@MaryAliceColeman.com
**Attorneys for Plaintiff:**  MARINA LARGE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA LARGE,<br><br>  Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA and EDUARDO BLUMWALD,<br><br>  Defendants. | Eastern District of California<br>Case No. 2:08-CV-2835-MCE-DAD<br><br>**STIPULATION AND ORDER TO MOVE DATE OF FINAL PRETRIAL CONFERENCE**<br><br>Complaint Filed:  October 20, 2008 |

  The Final Pretrial Conference is currently scheduled for October 11, 2012.  Defendants REGENTS OF THE UNIVERSITY OF CALIFORNIA and EDUARDO BLUMWALD have requested that attorney Nancy Sheehan of Porter Scott be lead trial counsel regarding this matter. Unfortunately, Ms. Sheehan has a conflict with the current Final Pretrial Conference date of October

1

**STIPULATION AND [PROPOSED] ORDER TO MOVE DATE OF FINAL PRETRIAL CONFERENCE**
{01001799.DOC}

11, 2012. The parties have met and conferred and agreed to request, by stipulation, that the Final Pretrial Conference be moved to November 1, 2012.

Moving the Final Pretrial Conference date to November 1, 2012 would not affect the other dates in this matter. This case is currently scheduled for trial on December 3, 2012. The pretrial filing dates would remain as currently scheduled (the Joint Pretrial Statement, trial briefs and motions in limine are due on August 17, 2012). There are no court dates between the current pretrial conference date and the trial date.

Therefore, the parties hereby request by stipulation that the Final Pretrial Conference be moved to November 1, 2012 at 2:00 p.m.

Dated: April 23, 2012

PORTER SCOTT
A PROFESSIONAL CORPORATION

/s/ David P.E. Burkett
DAVID P.E. BURKETT
Attorneys for Defendant, REGENTS OF THE UNIVERSITY OF CALIFORNIA and EDUARDO BLUMWALD

LAW OFFICE OF MARY-ALICE COLEMAN

/s/ Thomas B. Gill (as authorized on 04-19-12)
THOMAS B. GILL
Attorneys for Plaintiff

**IT IS SO ORDERED.**

Dated: April 27, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**STIPULATION AND [PROPOSED] ORDER TO MOVE DATE OF FINAL PRETRIAL CONFERENCE**
{01001799.DOC}