**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Michael W. Pott, SBN 186156
David P.E. Burkett, SBN 241896
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)
E-mail address: mpott@porterscott.com
**Attorneys for Defendants:** REGENTS OF THE UNIVERSITY OF CALIFORNIA and EDUARDO BLUMWALD

Mary-Alice Coleman, SBN 98365
Thomas B. Gill, SBN 146275
**LAW OFFICE OF MARY-ALICE COLEMAN**
1109 Kennedy Place, Suite 2
Davis, CA  95616
(916) 498-9131
(916) 498-9302 (facsimile)
E-mail address:  Lawoffice@MaryAliceColeman.com
**Attorneys for Plaintiff:**  MARINA LARGE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA LARGE,<br><br>            Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA and EDUARDO BLUMWALD,<br><br>            Defendants. | Eastern District of California<br>Case No. 2:08-CV-2835-MCE-DAD<br><br>**STIPULATION AND ORDER TO MODIFY THE PRETRIAL SCHEDULING ORDER TO MOVE DATES FOR FILING MATERIALS RELATED TO THE FINAL PRETRIAL CONFERENCE**<br><br>Complaint Filed:  October 20, 2008 |

The parties by and through their counsel of record, request that the Court modify the Pretrial Scheduling Order filed on April 21, 2009 (Docket # 12) which was previously modified on February 9,

1

**STIPULATION AND ORDER TO MODIFY THE PRETRIAL SCHEDULING ORDER TO MOVE DATES FOR FILING MATERIALS RELATED TO THE FINAL PRETRIAL CONFERENCE**
{MWP0068.DOC}

2010 (Docket #20), on February 25, 2010 (Docket #36), on August 18, 2011 (Docket #38), January 12, 2012 (Docket #40), and on April 27, 2012 (Docket #56) for the good cause set forth in this Stipulation.

1.  On October 20, 2008, Plaintiff MARINA LARGE filed this case in Yolo County Superior Court. On November 21, 2008, Defendants the REGENTS OF THE UNIVERSITY OF CALIFORNIA ("UNIVERSITY") and EDUARDO BLUMWALD removed the case to the Eastern District of California. In the case, Plaintiff asserts the following claims: (1) sexual harassment in violation of the California Fair Employment and Housing Act (FEHA) against the UNIVERSITY and BLUMWALD; (2) failure to prevent sexual harassment in violation of the FEHA against the UNIVERSITY; (3) sexual harassment in violation of Title IX against the UNIVERSITY and BLUMWALD; (4) failure to prevent sexual harassment in violation of Title IX against the UNIVERSITY; (5) assault and battery against BLUMWALD; (6) false imprisonment against BLUMWALD; (7) intentional infliction of emotional distress (IIED) against the UNIVERSITY and BLUMWALD; (8) negligence against the UNIVERSITY and BLUMWALD; and (9) intentional interference with prospective economic advantage against BLUMWALD.

2.  In the original scheduling order filed in this case, the court set the following dates:
    - Last day to file Joint Final Pretrial Conference Statement – November 10, 2010
    - Last day to file all Evidentiary or Procedural Motions – November 10, 2010
    - Last day to file oppositions to Evidentiary or Procedural Motions – November 18, 2010
    - Last day to file Trial Briefs – November 18, 2010 by 4:00 p.m.
    - Last day to file Reply Briefs in Support of Evidentiary or Procedural Motions – November 24, 2010
    - Final Pretrial Conference – December 2, 2010 at 2:00 p.m.
    - Trial – January 18, 2011

3.  Since the original scheduling order was filed in this case, it has been modified in various respects for good cause including to provide additional time to conduct discovery, to complete

2

**STIPULATION AND ORDER TO MODIFY THE PRETRIAL SCHEDULING ORDER TO MOVE DATES FOR FILING MATERIALS RELATED TO THE FINAL PRETRIAL CONFERENCE**
{MWP0068.DOC}

mediation, and to account for a period of time when nothing was able to occur in the case because Plaintiff's counsel had filed a motion to be relieved as counsel.

4. In an Order filed on August 18, 2011 (Docket #38), the Court modified the Scheduling Order as follows:

- Last day to file Joint Final Pretrial Conference Statement – August 17, 2012
- Last day to file all Evidentiary or Procedural Motions – August 17, 2012
- Last day to file Trial Briefs – August 17, 2012
- Last day to file oppositions to Evidentiary or Procedural Motions – August 26, 2012
- Last day to file Reply Briefs in Support of Evidentiary or Procedural Motions – August 31, 2012
- Final Pretrial Conference – October 11, 2012
- Trial – December 3, 2012

5. The Scheduling Order was further modified on April 27, 2012 (Docket #56) when the Court entered an Order continuing the Final Pretrial Conference to November 1, 2012 at 2:00 p.m. to accommodate a scheduling conflict for lead trial counsel for Defendants.

6. On May 17, 2012, Defendants filed a motion for partial summary judgment in this matter (Docket #58). In the motion, Defendants request summary judgment be entered in their favor as to the following claims: (1) sexual harassment in violation of the California Fair Employment and Housing Act (FEHA) against the UNIVERSITY and BLUMWALD; (2) failure to prevent sexual harassment in violation of the FEHA against the UNIVERSITY; (3) sexual harassment in violation of Title IX against the UNIVERSITY and BLUMWALD; (4) failure to prevent sexual harassment in violation of Title IX against the UNIVERSITY; (5) assault and battery against BLUMWALD to the extent the claim is based on an incident that occurred in 2004 or 2005; (7) intentional infliction of emotional distress (IIED) against the UNIVERSITY and BLUMWALD; (8) negligence against the UNIVERSITY and BLUMWALD; and (9) intentional interference with prospective economic advantage against BLUMWALD.

**STIPULATION AND ORDER TO MODIFY THE PRETRIAL SCHEDULING ORDER TO MOVE DATES FOR FILING MATERIALS RELATED TO THE FINAL PRETRIAL CONFERENCE**
{MWP0068.DOC}

7. Plaintiff filed an opposition to the motion for summary judgment on May 31, 2012 (Docket #59) and Defendants filed their Reply papers on June 7, 2012 (Docket #60).  The motion was taken under submission without oral argument and remains under submission.

8. Because the motion for partial summary judgment remains under submission, the parties are unable to complete preparation of their final pretrial conference statements, evidentiary motions and trial briefs – all of which are due on August 17, 2012.  The parties are unable to complete these documents because they do not know which claims will be left for trial after the summary judgment motion is ruled upon.  In this regard, they do not know which claims will need to be briefed in the trial briefs, what evidence might no longer be relevant and thus be the subject of a motion in limine, or what witnesses and exhibits will be necessary.

9. The parties respectfully submit that good cause exists to continue the due dates for certain pretrial filings so as to allow the Court the necessary time to complete its review of the motion for partial summary judgment, to issue a ruling on same and to allow the parties to take the ruling into consideration in preparing their pretrial filings. Because the parties have two and one half months between the current due date for the joint pretrial conference statement, trial briefs and evidentiary motions and the Final Pretrial Conference, the parties submit there is sufficient time for a modification of the due dates of the pretrial filings.  Pursuant to this stipulation, the Final Pretrial Conference will remain on November 1, 2012 and Trial will remain on December 3, 2012.

10. Therefore the parties hereby respectfully request that the scheduling be modified as follows:

- Last day to file Joint Final Pretrial Conference Statement – September 28, 2012
- Last day to file all Evidentiary or Procedural Motions – September 28, 2012
- Last day to file oppositions to Evidentiary or Procedural Motions – October 5, 2012
- Last day to file Trial Briefs – October 5, 2012 by 4:00 p.m
- Last day to file Reply Briefs in Support of Evidentiary or Procedural Motions – October 12, 2012

4

**STIPULATION AND ORDER TO MODIFY THE PRETRIAL SCHEDULING ORDER TO MOVE DATES FOR FILING MATERIALS RELATED TO THE FINAL PRETRIAL CONFERENCE**
{MWP0068.DOC}

Dated: July 25, 2012

    PORTER SCOTT
A PROFESSIONAL CORPORATION

/s/ *Michael W. Pott*
MICHAEL W. POTT
Attorneys for Defendant, REGENTS OF THE UNIVERSITY OF CALIFORNIA and EDUARDO BLUMWALD

LAW OFFICE OF MARY-ALICE COLEMAN

*Approved via email on 7/25/2012*
THOMAS B. GILL
Attorneys for Plaintiff

**IT IS SO ORDERED.**

Dated: August 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

5

**STIPULATION AND ORDER TO MODIFY THE PRETRIAL SCHEDULING ORDER TO MOVE DATES FOR FILING MATERIALS RELATED TO THE FINAL PRETRIAL CONFERENCE**
{MWP0068.DOC}