**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Michael W. Pott, SBN 186156
David P.E. Burkett, SBN 241896
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)
E-mail address: mpott@porterscott.com

**Attorneys for Defendant:** REGENTS OF THE UNIVERSITY OF CALIFORNIA and EDUARDO BLUMWALD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA LARGE, | Eastern District of California |
| | Case No. 2:08-CV-2835-MCE-DAD |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME TO FILE DISPOSITIVE DOCUMENTS** |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA and EDUARDO BLUMWALD, | |
| Defendants. | Complaint Filed: October 20, 2008 |

The parties by and through their counsel of record, respectfully request that the Court extend the date by which they are to file dispositive documents with the Court.

On September 7, 2012, the parties submitted a Notice of Settlement to the Court advising this matter has been resolved. In the notice, the parties advised the court they would need approximately 60 days to file dispositive documents because of the processes that the Regents of the University of California have in place for reviewing and approving settlements. On September 10, 2012, the Court entered a Minute Order requiring that all dispositional documents in the case be filed by November 26, 2012.

In response to the Court's minute order the parties timely prepared and circulated a settlement agreement. Plaintiff has signed the agreement and the agreement is now being routed through the

**1**
**STIPULATION TO EXTEND TIME TO FILE DISPOSITIVE DOCUMENTS**

University's settlement agreement approval process. This process is almost complete, but is not yet finished. Defendant Regents anticipates it will not be able to complete the process by November 26th and apologizes for this. Defendant anticipates that once the settlement is approved by the Regents, the remainder of the settlement process will be completed within two weeks. Therefore, the parties respectfully request an additional thirty (30) days to complete the settlement process and to file dispositional documents with the Court. Pursuant to this stipulation, the parties respectfully request the date for filing dispositional documents be moved from November 26, 2012 to December 26, 2012.

**IT IS SO STIPULATED**

Dated: November 30, 2012                    PORTER SCOTT
                                            A PROFESSIONAL CORPORATION

                                            By    */s/ Michael W. Pott*
                                                  Michael W. Pott
                                                  David P.E. Burkett
                                                  Attorneys for Defendants, REGENTS OF
                                                  THE UNIVERSITY OF CALIFORNIA

Dated: November 30, 2012                    LAW OFFICE OF MARY-ALICE COLEMAN

                                            By    */s/ Thomas B. Gill*
                                                  Mary-Alice Coleman
                                                  Thomas B. Gill
                                                  Dafna Levi
                                                  Attorneys for Plaintiff, MARINA LARGE

**IT IS SO ORDERED.**

Dated: November 30, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**2**
**STIPULATION TO EXTEND TIME TO FILE DISPOSITIVE DOCUMENTS**