**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Michael W. Pott, SBN 186156
David P.E. Burkett, SBN 241896
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)
E-mail address: mpott@porterscott.com
**Attorneys for Defendant:** REGENTS OF THE UNIVERSITY OF CALIFORNIA and EDUARDO BLUMWALD

Mary-Alice Coleman, SBN 98365
Thomas B. Gill, SBN 146275
**LAW OFFICE OF MARY-ALICE COLEMAN**
1109 Kennedy Place, Suite 2
Davis, CA  95616
(916) 498-9131
(916) 498-9302 (facsimile)
E-mail address:  Lawoffice@MaryAliceColeman.com
**Attorneys for Plaintiff:**  MARINA LARGE

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA LARGE, | Eastern District of California |
| | Case No. 2:08-CV-2835-MCE-DAD |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL; ORDER** |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA and EDUARDO BLUMWALD, | |
| Defendants. | Complaint Filed:  October 20, 2008 |

On October 20, 2008, Plaintiff MARINA LARGE filed the instant action against Defendants the REGENTS OF THE UNIVERSITY OF CALIFORNIA and EDUARDO BLUMWALD.  On November 21, 2008, Defendants removed the case to the instant court.

///

IT IS NOW HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants, by and through their undersigned counsel of record, that this action be dismissed as to Defendant EDUARDO BLUMWALD, with prejudice, with each side to bear their own attorney's fees and costs, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED**

Dated: January 3, 2013                                PORTER SCOTT
                                                     A PROFESSIONAL CORPORATION

                                                     By   */s/ Michael W. Pott*
                                                          Michael W. Pott
                                                          David P.E. Burkett
                                                          Attorneys for Defendants, REGENTS OF
                                                          THE UNIVERSITY OF CALIFORNIA

Dated: January 3, 2013                                LAW OFFICE OF MARY-ALICE COLEMAN

                                                     By   */s/ Thomas B. Gill*
                                                          Mary-Alice Coleman
                                                          Thomas B. Gill
                                                          Dafna Levi
                                                          Attorneys for Plaintiff, MARINA LARGE

**IT IS SO ORDERED.**

Dated: January 3, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT